ROBERT A. RABBAT (SBN 12633)
Email: *rrabbat@enensteinlaw.com*
**ENENSTEIN PHAM & GLASS**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Phone: (702) 468-0808
Fax: (702) 920-8228
*Attorney for Specially Appearing Defendants Jiangtian Sun and Sun Time Piece Trade, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAYDEN KHO, JR., and VICTORIA G. BELO, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>JIANGTIAN SUN, individually, and SUN TIME PIECE TRADE, LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive; DOES & ROES CORPORATIONS ENTITIES 1 through 10 inclusive;<br><br>Defendants. | Case No. 2:19-cv-00596-JCM-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SPECIALLY APPEARING DEFENDANTS JIANGTIAN SUN AND SUN TIME PIECE TRADE, LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: April 8, 2019<br><br>Current Response Deadline:<br>May 1 and 3, 2019<br><br>Proposed New Response Deadline:<br>May 22, 2019 |

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

Plaintiffs Hayden Kho, Jr. and Victoria G. Belo ("Plaintiffs") and Specially Appearing Defendants Jiangtian Sun and Sun Time Piece Trade, LLC ("Specially Appearing Defendants") by and through their respective counsel of record, hereby stipulate and agree, with the Court's approval, as follows:

**RECITALS**

WHEREAS, Plaintiffs filed a complaint (the "Complaint") in this action initiating Case No. 2:19-cv-00596-JCM-CWH on April 8, 2019 (*See* ECF No. 1.);

WHEREAS, Specially Appearing Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is currently May 1 and 3, 2019;

WHEREAS, Plaintiffs agree to an extension until May 22, 2019 for the Specially Appearing Defendants to respond to the Complaint due to Specially Appearing Defendants recent acquisition of counsel;

WHEREAS, the Specially Appearing Defendants have not previously sought any extensions of time to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

/ / /

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

- Specially Appearing Defendants will file their responsive pleading to the Complaint by or on May 22, 2019.

**SO STIPULATED.**

DATED: May 13, 2019                     **ENENSTEIN PHAM & GLASS**

By: _____
ROBERT A. RABBAT, ESQ.
*Attorney for Specially Appearing Defendants* Jiangtian Sun a/k/a John Sun d/b/a as Sun Time Piece Trade, LLC

DATED: May 10, 2019                     **THE THATER LAW GROUP, P.C.**

/s/ Maile Lane Esteban-Trinidad
MAILE LANI ESTEBAN-TRINIDAD
Attorney for Plaintiffs Hayden Kho, Jr. and Victoria G. Belo

**IT IS SO ORDERED**:

DATED: May 15, 2019
_____
UNITED STATES MAGISTRATE JUDGE