ROBERT A. RABBAT (SBN 12633)
Email: *rrabbat@enensteinlaw.com*
**ENENSTEIN PHAM & GLASS**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Phone: (702) 468-0808
Fax: (702) 920-8228
*Attorney for Defendants*
*Jiangtian Sun and Sun Timepiece Trade, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAYDEN KHO, Jr., individually, and VICTORIA G. BELO, individually and<br><br>Plaintiffs,<br><br>v.<br><br>JIANGTIAN SUN, individually, and SUN TIMEPIECE TRADE, LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive; DOES & ROES CORPORATIONS ENTITIES 1 through 10 inclusive;<br><br>Defendants. | Case No. 2:19-cv-00596-JCM-CHW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY TO SPECIALLY APPEARING DEFENDANTS JIANGTIAN SUN AND SUN TIMEPIECE TRADE, LLC MOTION TO DISMISS**<br><br>**(PLAINTIFF'S FIRST REQUEST)** |

Plaintiffs HAYDEN KHO, JR., and VICTORIA BELO ("Plaintiffs") and Specially Appearing Defendants Jiangtian Sun and Sun Timepiece Trade, LLC ("Specially Appearing Defendants") by and through their respective counsel of record, hereby stipulate and agree, with the Court's approval, as follows:

**RECITALS**

WHEREAS, Plaintiff filed a complaint in this action initiating Case No. 2:19-cv-00596-JCM-CHW on April 8, 2019 (Doc. No. 1.);

WHEREAS, Specially Appearing Defendants' filed a Motion to Dismiss Complaint on May 22, 2019 (Doc. 8), pursuant to stipulation and order to extend time for Defendants' to file said responsive pleading (Doc. 6);

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS
TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS

WHEREAS, Plaintiff's Reply in Opposition to Motion to Dismiss is due on June 5, 2019;

WHEREAS, Specially Appearing Defendants and Plaintiffs agree to allow Plaintiffs by this stipulation and order up through June 19, 2019;

This is Plaintiffs' first request for an extension of time to respond to Specially Appearing Defendants' responsive pleading in the above captioned case; this request from Plaintiffs are not made for any improper purpose or for the purpose of delay or bad faith; Plaintiffs are requesting the extension due to unavailability of Plaintiffs' Counsel from May 28, 2019 to June 19, 2019 for a previously scheduled overseas trip.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

Plaintiffs shall file their response to Defendants' Motion to Dismiss by or on June 19, 2019.

**SO STIPULATED.**

DATED: June 3, 2019     **The Thater Law Group, P.C.**

By: */s/ M. Lani Esteban-Trinidad*
M. LANI ESTEBAN-TRINIDAD
*Attorney for Plaintiffs*
Hayden Kho and Victoria G. Belo

DATED: June 3, 2019     **Enenstein Pham & Glass**

By: */s/ Robert A. Rabbat*
ROBERT A. RABBAT, ESQ.
*Attorney for Specially Appearing Defendants*
Jiangtian Sun a/k/a John Sun d/b/a as
Sun Timepiece Trade, LLC

**IT IS SO ORDERED**:

DATED: June 5, 2019

UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I hereby certify that on June 4, 2019, a copy of the foregoing document titled **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY TO SPECIALLY APPEARING DEFENDANTS JIANGTIAN SUN AND SUN TIMEPIECE TRADE, LLC MOTION TO DISMISS (PLAINTIFF'S FIRST REQUEST)** was filed electronically via the Court's CM/ECF system. The following parties will receive a Notice of Electronic Filing (NEF) containing the foregoing document and may further access the same through the Court's CM/ECF system.

| | |
|---|---|
| Maile Lani Esteban-Trinidad<br>The Thater Law Group, P.C.<br>7251 West Lake Mead Blvd., Ste. 300<br>Las Vegas, Nevada 89128<br>Tel. (702) 736-5297<br>Fax (702) 736-5299<br>Email: lani@thaterlawgroup.com | *Attorneys for Plaintiffs*<br>*Victoria G. Belo & Hayden Kho, Jr.* |

Executed on June 4, 2019 at Las Vegas, Nevada.

*/s/ Michelle Choto*
Michelle Choto