# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAYDEN KHO, JR., ET AL., | Case No. 2:19-cv-00596-JCM-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| JIANGTIAN SUN, ET AL., | |
| Defendants. | |

This matter is before the Court on Defense Counsel Robert A. Rabbat's Motion to Withdraw (ECF No. 22), filed on November 8, 2019. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Rabbat indicates that Defendants have failed to meet their obligations to his firm and ceased all communication necessitating his withdrawal. The Court will require that Defendant Jiangtian Sun notify the Court by December 13, 2019 as to his intent to proceed *pro se* or with other representation. Failure to do so may result in dispositive sanctions

Further, the Court will require that Defendant Sun Timepiece Trade, LLC advise the Court if it will retain new counsel by December 13, 2019 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (*per curiam*); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before December 13, 2019 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District

Judge assigned to this case that dispositive sanctions be issued against Defendant Sun Timepiece Trade, LLC, including dismissal of this action.

**IT IS HEREBY ORDERED** that Defense Counsel Robert A. Rabbat's Motion to Withdraw (ECF No. 22) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Jiangtian Sun shall notify the Court as to whether he intends to proceed *pro se* or retain counsel by **December 13, 2019**. Failure to notify the Court as to his representation status may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that Defendant Sun Timepiece Trade, LLC shall have until **December 13, 2019** to advise the Court if it will retain new counsel. Failure to notify the Court as to their new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendants to the civil docket and send a copy of this Order to Defendants' last known address:

> Jiangtian Sun and Sun Timepiece Trade, LLC
> 5975 Garden Vista St.
> Las Vegas, NV 89113
> 702-588-2988

DATED: November 13, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE