A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail: ajkung@ajkunglaw.com
        bbrown@ajkunglaw.com
*Attorneys for Plaintiffs Hayden Kho, Jr.,
and Victoria G. Belo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAYDEN KHO, JR. and VICTORIA G. BELO, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>JIANGTIAN SUN, individually, and SUN TIMEPIECE TRADE. LLC, a Nevada limited liability company; DOES 1 through 10 inclusive; DOES & ROES CORPORATIONS ENTITIES 1 through 10 inclusive;<br><br>Defendants. | CASE NO.: 2:19-cv-00596-JCM-DJA<br><br>**JUDGMENT** |

This matter having come before the Honorable Judge James C. Mahan; the Court having considered Plaintiffs Hayden Kho Jr. & Victoria G. Belo ("Plaintiffs") Motion for Summary Judgment; no Opposition having been filed by Defendants Jiangtian Sun & Sun Timepiece Trade, LLC ("Defendants"); the Court, having considered the evidence presented, the pleadings and papers on file herein, and good cause appearing therefore, hereby orders as follows:

///

///

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Summary Judgment Against Defendants is GRANTED, in part, as to Plaintiffs' Conversion and Breach of Contract claims, and DENIED, in part, as to Plaintiffs' Misrepresentation claim and DENIED in part as to the Unjust Enrichment claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment is awarded in favor of Plaintiffs and against Defendants, jointly and severally, and that Plaintiffs have a Judgment against Defendants, jointly and severally, in the sum of $270,877.86, said Judgment being comprised of the following:

(1) Compensatory damages in the sum of $235,640.00;

(2) Pre-judgment interest at the legal rate, in the sum of $35,237.86[1];

(3) Plus, Post-judgment interest at the legal rate, accruing from the date of the Judgment until paid in full.

Dated July 10, 2020.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted,

KUNG & BROWN

/s/ A.J. Kung
A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy L. Brown, Esq.
Nevada Bar No. 9987
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

---

[1] Calculated from the date of breach of May 18, 2018 to the date Plaintiffs' Motion for Summary Judgment was granted, June 22, 2020.